# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TINA J. CARSON,  :  <br>    Plaintiff, : <br> : <br> v. : <br> :    CIVIL ACTION 1:18-00545-KD-MU <br> EEOC HEADQUARTERS, : <br>    Defendant. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated April 4, 2019, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's motion to proceed without prepayment of fees is **DENIED** and Plaintiff's Complaint is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **26th** day of **April 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**